FILED

JUN 6 2017

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TERRY THOMAS, a/k/a "TOP",
MICHAEL WESLEY, a/k/a "BLACK",
a/k/a "BIG FLEA",
MICHAEL JAMES ANTHONY, a/k/a "SPOOK",
CHRISTOPHER LLOYD, a/k/a "RED",
DARMATRICE LOVE,
ROBERT BROWN, JR., a/k/a "POOH",
ANDREW THOMAS, a/k/a "BUD",
SEAN MILLER PHILLIPS, JR.,
DEVANTE MADDOX,
KONSHAWNTAS BOYD,
BRIANNA BLACKMAN, a/k/a "BB",
TIFFANY EDWARDS,
CODEY BONNETTE,
LEON JAMAR MADDOX,
AMANDA GIFFORD, a/k/a "MANDI",
FLOYD PANCOAST,
JASON PANCOAST,
CHRISTOPHER MORIARTY,
CARLEE CUPPET,
BRITTANY BROWN,
ARIEL BLOSSER,
AMANDA MADDOX,
BRANDY MILLER,
KIMBERLY MOZIE,
JASON PERRY,
ANNA MAY MARTIN,
MAKYNA KANCSO,
HOLLIE EXLINE,
MARJORIE SUE WEBSTER,
THOMAS KEENER, II,
JAYLA SHADE,
JESSE TICHENOR, and
BOBBIE JO PHILLIPS,

        Defendants.

Criminal No. 1:17-CR-32

Violations:  18 USC §2
18 USC §922(g)(1)
18 USC §922(g)(3)
18 USC §924(a)(2)
18 USC §924(c)(1)(A)(i)
18 USC §1956(h)
21 USC §841(a)(1)
21 USC §841(b)(1)(C)
21 USC §843(b)
21 USC §843(d)(1)
21 USC §846
21 USC §856(a)(2)

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Distribute Oxycodone)

From in or about the Summer of 2013, to on or about the return of this Indictment, in Monongalia County, in the Northern District of West Virginia, and elsewhere, defendants **TERRY THOMAS, a/k/a "TOP", MICHAEL WESLEY, a/k/a "BLACK", a/k/a "BIG FLEA", MICHAEL JAMES ANTHONY, a/k/a "SPOOK", CHRISTOPHER LLOYD, a/k/a "RED", DARMATRICE LOVE, ROBERT BROWN, JR., a/k/a "POOH", ANDREW THOMAS, a/k/a "BUD", SEAN MILLER PHILLIPS, JR., DEVANTE MADDOX, KONSHAWNTAS BOYD, BRIANNA BLACKMAN, a/k/a "BB", TIFFANY EDWARDS, CODEY BONNETTE, LEON JAMAR MADDOX, AMANDA GIFFORD, a/k/a "MANDI", FLOYD PANCOAST, JASON PANCOAST, CHRISTOPHER MORIARTY, CARLEE CUPPET, BRITTANY BROWN, ARIEL BLOSSER, AMANDA MADDOX, BRANDY MILLER, KIMBERLY MOZIE, JASON PERRY, ANNA MAY MARTIN, MAKYNA KANCSO, HOLLIE EXLINE, MARJORIE SUE WEBSTER, THOMAS KEENER, II, JAYLA SHADE, JESSE TICHENOR, and BOBBIE JO PHILLIPS**, and others, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute, and to distribute Oxycodone, a schedule II narcotic controlled substance; in violation of title 21, United States Code, Sections 846, and 841(b)(1)(C).

## COUNT TWO

(Money Laundering Conspiracy)

Commencing in or about the Summer of 2013, and continuing on or about the return of this Indictment, in Monongalia County, in the Northern Judicial District of West Virginia, and elsewhere, the defendants **TERRY THOMAS, a/k/a "TOP"** and **TIFFANY EDWARDS,** did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1956(a)(1)(A)(i) by conducting financial transactions involving the proceeds of a specified unlawful activity, that is the distribution of Oxycodone, in violation of Title 21, United States Code, Section 841(a)(1), with the intent that the financial transactions, which affected interstate commerce, would promote the carrying on of said specified unlawful activity; all in violation of Title 18, United States Code, Sections 1956(h) and (a)(1).

## COUNT THREE

(Distribution of Oxycodone)

On or about June 24, 2015, in Upshur County, in the Northern District of West Virginia, defendant **MAKYNA KANCSO,** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $120.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Oxycodone)

On or about June 28, 2015, in Upshur County, in the Northern District of West Virginia, defendant **CHRISTOPHER MORIARTY,** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $120.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Distribution of Oxycodone)

On or about September 3, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **CODEY BONNETTE,** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $300.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Distribution of Oxycodone)

On or about September 3, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **LEON JAMAR MADDOX,** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $400.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN

(Distribution of Oxycodone)

On or about September 9, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **CARLEE CUPPET,** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $80.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

(Aiding and Abetting Distribution of Oxycodone)

On or about September 14, 2015, in Monongalia County, in the Northern District of West Virginia, defendants **CODEY BONNETTE** and **CARLEE CUPPET**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $80.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT NINE

(Aiding and Abetting Distribution of Oxycodone)

On or about September 16, 2015, in Monongalia County, in the Northern District of West Virginia, defendants **CODEY BONNETTE** and **CARLEE CUPPET**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $80.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TEN

(Distribution of Oxycodone)

On or about September 16, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $450.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ELEVEN

(Distribution of Oxycodone)

On or about September 17, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **ANDREW THOMAS, a/k/a "BUD"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $510.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWELVE

(Possession with Intent to Distribute Oxycodone)

On or about October 6, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **LEON JAMAR MADDOX**, did unlawfully, knowingly, intentionally, and without authority possess with intent to distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTEEN

(Aiding and Abetting Distribution of Oxycodone)

On or about October 14, 2015, in Monongalia County, in the Northern District of West Virginia, defendants **LEON JAMAR MADDOX** and **ROBERT BROWN, JR., a/k/a "POOH"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $660.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN

(Distribution of Oxycodone)

On or about November 5, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $480.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTEEN

(Aiding and Abetting Distribution of Oxycodone)

On or about November 9, 2015, in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"**, **ROBERT LEE BROWN, JR.** and **CHRISTOPHER LLOYD, a/k/a "RED"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $480.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c), and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

(Distribution of Oxycodone)

On or about November 13, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $600.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTEEN

(Distribution of Oxycodone)

On or about December 4, 2015, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $600.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHTEEN

(Distribution of Oxycodone)

On or about January 29, 2016, in Harrison County, in the Northern District of West Virginia, defendant **BRITTANY BROWN**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $612.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETEEN

(Distribution of Oxycodone)

On or about February 18, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $600.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY

(Distribution of Oxycodone)

On or about February 26, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **ARIEL BLOSSER**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $90.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-ONE

(Distribution of Oxycodone)

On or about March 10, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $630.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-TWO

(Distribution of Oxycodone)

On or about April 13, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $750.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-THREE

(Aiding and Abetting Distribution of Oxycodone)

On or about May 18, 2016, in Monongalia County, in the Northern District of West Virginia, defendants **CHRISTOPHER LLOYD, a/k/a "RED"** and **ROBERT BROWN, JR., a/k/a "POOH",** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $240.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR

### (Maintaining Drug-Involved Premises)

From on or about May 19, 2016, and continuing until December 20, 2016, in Fairmont, Marion County, in the Northern District of West Virginia, the defendant, **BRIANNA BLACKMAN, a/k/a "BB"**, did manage and control a place located at Rhea Terrace, Fairmont, West Virginia, whether permanently or temporarily, as lessee and occupant, and did knowingly and intentionally make available for use said place for the purpose of unlawfully storing, distributing and using any controlled substance, that is oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT TWENTY-FIVE

### (Maintaining Drug-Involved Premises)

From in or about September, 2016, and continuing until March 31, 2017, in Morgantown, Monongalia County, in the Northern District of West Virginia, the defendant **KONSHAWNTAS BOYD**, did manage and control a place located at Barrington North Apartments, Morgantown, West Virginia, whether permanently or temporarily, as lessee and occupant, and did knowingly and intentionally make available for use said place for the purpose of unlawfully storing, distributing and using any controlled substance, that is oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Section 856(a)(2).

## COUNT TWENTY-SIX

### (Aiding and Abetting Maintaining Drug-Involved Premises)

From in or about October, 2016, and continuing until March 31, 2017, in Morgantown, Monongalia County, in the Northern District of West Virginia, the defendant **DARMATRICE LOVE**, aided and abetted by a person known to the Grand Jury, did manage and control a place located at an apartment on Riddle Avenue, Morgantown, West Virginia, whether permanently or temporarily, as lessee and occupant, and did knowingly and intentionally make available for use, that place for the purpose of unlawfully storing, distributing and using any controlled substance, that is oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Section 856(a)(2), and Title 18, United States Code, Section 2.

## COUNT TWENTY-SEVEN

(Distribution of Oxycodone)

On or about November 1, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-EIGHT

(Distribution of Oxycodone)

On or about November 3, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $140.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWENTY-NINE

(Distribution of Oxycodone)

On or about November 15, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY

(Aiding and Abetting Distribution of Oxycodone)

On or about November 21, 2016, in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **DARMATRICE LOVE**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE

(Distribution of Oxycodone)

On or about November 23, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-TWO

(Distribution of Oxycodone)

On or about November 29, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-THREE

(Unlawful Possession of a Firearm)

On or about December 10, 2016, in Monongalia County, in the Northern District of West Virginia, defendant **DARMATRICE LOVE**, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is on or about July 24, 2007, defendant **DARMATRICE LOVE**, was convicted in the 36th District Court of the 3rd Judicial Circuit, Wayne County, Michigan, in Case Number 07012060-01 of Stolen Property – Receiving and Concealing Motor Vehicle; and on or about January 19, 2011, defendant **DARMATRICE LOVE**, was convicted in the Cuyahoga County Court of Common Pleas, Cuyahoga County, Ohio, in Case Number CR-10-541970-A of Trafficking, did knowingly possess in and affecting commerce firearms, that is a Spikes Tactical, model ST 15, multi caliber (5.56/.223) rifle, an ATI, model Omni Hybrid, multi caliber (5.56/.223) pistol, a Bond Arms, model Ranger II, .45/.410 caliber derringer, and a HS Products (IM Metal), model XDS, .45 caliber; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THIRTY-FOUR

(Distribution of Oxycodone)

On or about January 10, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-FIVE

(Distribution of Oxycodone)

On or about January 12, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-SIX

(Distribution of Oxycodone)

On or about January 23, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-SEVEN

(Distribution of Oxycodone)

On or about January 26, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL WESLEY, a/k/a "BLACK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $70.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THIRTY-EIGHT

(Aiding and Abetting Distribution of Oxycodone)

On or about February 22, 2017, at approximately 6:00 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, aided and abetted by a person known to the grand jury, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THIRTY-NINE

(Unlawful Use of Communication Facility)

On or about February 22, 2017, at approximately 5:32 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **FLOYD PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FORTY

(Aiding and Abetting Distribution of Oxycodone)

On or about February 22, 2017, at approximately 8:45 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **CHRISTOPHER LLOYD, a/k/a "RED"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FORTY-ONE

(Unlawful Use of Communication Facility)

On or about February 22, 2017, at approximately 8:35 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **HOLLIE EXLINE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FORTY-TWO

(Distribution of Oxycodone)

On or about February 22, 2017, at approximately 3:13 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FORTY-THREE

(Unlawful Use of Communication Facility)

On or about February 22, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **BOBBI JO PHILLIPS**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FORTY-FOUR

(Distribution of Oxycodone)

On or about February 23, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **DEVANTE MADDOX**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $940.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FORTY-FIVE

(Unlawful Use of Communication Facility)

On or about February 23, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **CODEY BONNETTE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FORTY-SIX

(Aiding and Abetting Distribution of Oxycodone)

On or about February 23, 2017, at approximately 9:31 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **MICHAEL WESLEY, a/k/a "BLACK"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FORTY-SEVEN

(Unlawful Use of Communication Facility)

On or about February 23, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **THOMAS KEENER, II**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FORTY-EIGHT

(Distribution of Oxycodone)

On or about February 24, 2017, at approximately 6:56 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FORTY-NINE

(Unlawful Use of Communication Facility)

On or about February 24, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **HOLLIE EXLINE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FIFTY

(Distribution of Oxycodone)

On or about February 24, 2017, at approximately 5:55 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTY-ONE

(Unlawful Use of Communication Facility)

On or about February 24, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **THOMAS KEENER, II**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FIFTY-TWO

(Aiding and Abetting Distribution of Oxycodone)

On or about February 24, 2017, in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **MICHAEL WESLEY, a/k/a "BLACK"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIFTY-THREE

(Unlawful Use of Communication Facility)

On or about February 24, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **JAYLA SHADE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FIFTY-FOUR

(Distribution of Oxycodone)

On or about February 25, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **CHRISTOPHER LLOYD, a/k/a "RED"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTY-FIVE

(Unlawful Use of Communication Facility)

On or about February 25, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **FLOYD PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FIFTY-SIX

(Distribution of Oxycodone)

On or about February 25, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIFTY-SEVEN

(Unlawful Use of Communication Facility)

On or about February 25, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **JAYLA SHADE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT FIFTY-EIGHT

(Aiding and Abetting Distribution of Oxycodone)

On or about February 26, 2017, in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **CHRISTOPHER LLOYD, a/k/a "RED"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIFTY-NINE

(Unlawful Use of Communication Facility)

On or about February 26, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **FLOYD PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SIXTY

(Aiding and Abetting Distribution of Oxycodone)

On or about February 26, 2017, in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **MICHAEL WESLEY, a/k/a "BLACK"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIXTY-ONE

(Unlawful Use of Communication Facility)

On or about February 26, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **THOMAS KEENER, II**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SIXTY-TWO

(Distribution of Oxycodone)

On or about February 28, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL WESLEY, a/k/a "BLACK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTY-THREE

(Unlawful Use of Communication Facility)

On or about February 28, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **HOLLIE EXLINE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SIXTY-FOUR

(Distribution of Oxycodone)

On or about March 1, 2017, at approximately 6:30 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTY-FIVE

(Unlawful Use of Communication Facility)

On or about March 1, 2017, at approximately 4:57 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **JASON PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SIXTY-SIX

### (Use of a Firearm During and in Relation to a Drug Offense)

On or about March 1, 2017, in Monongalia County, West Virginia, in the Northern District of West Virginia, defendant **JASON PANCOAST**, did knowingly use and carry a firearm described as a Smith and Wesson pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States; to-wit: the offense charged in Count One of this indictment, the allegations of which are incorporated herein by reference, a felon prosecutable in a Court of the United States under Title 21, United States Code, Section 841(a)(1); in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SIXTY-SEVEN

(Distribution of Oxycodone)

On or about March 2, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $240.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIXTY-EIGHT

(Unlawful Use of Communication Facility)

On or about March 2, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **JASON PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SIXTY-NINE

(Distribution of Oxycodone)

On or about March 3, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTY

(Unlawful Use of Communication Facility)

On or about March 3, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **JASON PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SEVENTY-ONE

(Aiding and Abetting Distribution of Oxycodone)

On or about March 4, 2017, in Monongalia County, in the Northern District of West Virginia, defendants **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"** and **SEAN MILLER PHILLIPS, JR.**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVENTY-TWO

(Unlawful Use of Communication Facility)

On or about March 4, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **AMANDA MADDOX**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SEVENTY-THREE

(Distribution of Oxycodone)

On or about March 4, 2017, at approximately 2:47 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTY-FOUR

(Unlawful Use of Communication Facility)

On or about March 4, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MAKYNA KANCSO**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SEVENTY-FIVE

(Distribution of Oxycodone)

On or about March 4, 2017, at approximately 12:32 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTY-SIX

(Unlawful Use of Communication Facility)

On or about March 4, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **ANNA MAY MARTIN**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SEVENTY-SEVEN

(Distribution of Cocaine Base)

On or about March 5, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack", a Schedule II controlled substance, in exchange for $50.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVENTY-EIGHT

(Unlawful Use of Communication Facility)

On or about March 5, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **JESSE TICHENOR**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count Seventy-Seven of this Indictment, that is the distribution of cocaine base, also known as "crack", a Schedule II controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT SEVENTY-NINE

(Distribution of Oxycodone)

On or about March 7, 2017, at approximately 7:45 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHTY

(Unlawful Use of Communication Facility)

On or about March 7, 2017, at approximately 7:27 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **ANNA MAY MARTIN**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT EIGHTY-ONE

(Aiding and Abetting Distribution of Oxycodone)

On or about March 7, 2017, at approximately 10:08 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **KIMBERLY MOZIE,** aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHTY-TWO

(Unlawful Use of Communication Facility)

On or about March 7, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **LEON JAMAR MADDOX**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT EIGHTY-THREE

(Aiding and Abetting Distribution of Oxycodone)

On or about March 7, 2017, at approximately 10:09 p.m., in Monongalia County, in the

Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and

**KIMBERLY MOZIE**, aided and abetted by each other, did unlawfully, knowingly, intentionally,

and without authority distribute a mixture and substance containing a detectable amount of

Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHTY-FOUR

(Unlawful Use of Communication Facility)

On or about March 7, 2017, at approximately 9:49 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **ANNA MAY MARTIN**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT EIGHTY-FIVE

(Aiding and Abetting Distribution of Oxycodone)

On or about March 7, 2017, at approximately 10:08 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **TERRY THOMAS, a/k/a "TOP"** and **KIMBERLY MOZIE**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHTY-SIX

(Unlawful Use of Communication Facility)

On or about March 7, 2017, at approximately 9:23 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **CODEY BONNETTE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT EIGHTY-SEVEN

(Distribution of Oxycodone)

On or about March 7, 2017, at approximately 7:20 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHTY-EIGHT

(Unlawful Use of Communication Facility)

On or about March 7, 2017, at approximately 7:03 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **BRANDY MILLER**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT EIGHTY-NINE

(Distribution of Oxycodone)

On or about March 7, 2017, at approximately 8:10 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY, a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETY

(Unlawful Use of Communication Facility)

On or about March 7, 2017, at approximately 7:55 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **BRANDY MILLER**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT NINETY-ONE

(Distribution of Oxycodone)

On or about March 8, 2017, at approximately 6:45 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETY-TWO

(Distribution of Cocaine Base)

On or about March 8, 2017, simultaneous to the transaction in Count Ninety-One, in Monongalia County, in the Northern District of West Virginia, defendant **TERRY THOMAS, a/k/a "TOP"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack", a Schedule II controlled substance, in exchange for $50.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NINETY-THREE

(Unlawful Use of Communication Facility)

On or about March 8, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **BOBBI JO PHILLIPS**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Counts One and Ninety-Two of this Indictment, that is the distribution and conspiracy to distribute Oxycodone and the distribution of cocaine base, both Schedule II narcotic controlled substances, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT NINETY-FOUR

(Aiding and Abetting Distribution of Oxycodone)

On or about March 9, 2017, at approximately 7:30 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **CHRISTOPHER LLOYD, a/k/a "RED"** and **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT NINETY-FIVE

(Unlawful Use of Communication Facility)

On or about March 9, 2017, at approximately 6:12 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **ANNA MAY MARTIN**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT NINETY-SIX

(Aiding and Abetting Distribution of Oxycodone)

On or about March 9, 2017, at approximately 7:30 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **CHRISTOPHER LLOYD, a/k/a "RED"** and **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $1,632.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT NINETY-SEVEN

(Unlawful Use of Communication Facility)

On or about March 9, 2017, at approximately 3:00 p.m., in Upshur County, in the Northern District of West Virginia, defendant **MAKYNA KANCSO**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT NINETY-EIGHT

(Aiding and Abetting Distribution of Oxycodone)

On or about March 9, 2017, at approximately 4:30 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **CHRISTOPHER LLOYD, a/k/a "RED"** and **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT NINETY-NINE

(Unlawful Use of Communication Facility)

On or about March 9, 2017, at approximately 3:58 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **FLOYD PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED

(Aiding and Abetting Distribution of Oxycodone)

On or about March 9, 2017, at approximately 5:12 p.m., in Monongalia County, in the Northern District of West Virginia, defendants **CHRISTOPHER LLOYD, a/k/a "RED"** and **MICHAEL JAMES ANTHONY, a/k/a "SPOOK"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT ONE HUNDRED ONE

(Unlawful Use of Communication Facility)

On or about March 9, 2017, at approximately 4:41 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **FLOYD PANCOAST**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED TWO

(Distribution of Oxycodone)

On or about March 11, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED THREE

(Unlawful Use of Communication Facility)

On or about March 11, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **AMANDA GIFFORD**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED FOUR

(Distribution of Oxycodone)

On or about March 13, 2017, at approximately 5:00 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED FIVE

(Unlawful Use of Communication Facility)

On or about March 13, 2017, at approximately 3:57 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **CODEY BONNETTE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED SIX

(Distribution of Oxycodone)

On or about March 13, 2017, at approximately 6:30 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SEVEN

(Unlawful Use of Communication Facility)

On or about March 13, 2017, at approximately 6:05 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **CODEY BONNETTE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED EIGHT

(Unlawful Possession of a Firearm)

On March 13, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **JASON PERRY**, who is an unlawful user of and addicted to a controlled substance, that is Oxycodone, did knowingly possess in and affecting commerce a firearm, that is a Smith and Wesson pistol, Model M & P Shield 9, 9mm caliber, Serial Number HUB6753; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT ONE HUNDRED NINE

(Distribution of Oxycodone)

On or about March 13, 2017, at approximately 7:25 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TEN

(Unlawful Use of Communication Facility)

On or about March 13, 2017, at approximately 7:08 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **CODEY BONNETTE**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED ELEVEN

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 2:35 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK"**, did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TWELVE

(Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 1:57 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **ANNA MAY MARTIN**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT HUNDRED THIRTEEN

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 10:15 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED FOURTEEN

(Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 7:09 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **AMANDA GIFFORD**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED FIFTEEN

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 3:21 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED SIXTEEN

(Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 2:25 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **BRANDY MILLER**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED SEVENTEEN

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 2:45 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $3,000.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED EIGHTEEN

(Aiding and Abetting the Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 1:16 p.m., in the Northern District of West Virginia, defendants **MAKYNA KANCSO** and **CHRISTOPHER MORIARTY**, aided and abetted by each other, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1), and Title 18, United States Code, Section 2.

## COUNT ONE HUNDRED NINETEEN

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 1:10 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance, in exchange for $870.00 in United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TWENTY

(Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 10:55 a.m., in Monongalia County, in the Northern District of West Virginia, defendant **MARJORIE SUE WEBSTER**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED TWENTY-ONE

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 5:15 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TWENTY-TWO

(Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 3:48 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MARJORIE SUE WEBSTER**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED TWENTY-THREE

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 4:45 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TWENTY-FOUR

(Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 3:59 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **JESSE TICHENOR**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED TWENTY-FIVE

(Distribution of Oxycodone)

On or about March 14, 2017, at approximately 8:40 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TWENTY-SIX

(Unlawful Use of Communication Facility)

On or about March 14, 2017, at approximately 8:25 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **AMANDA GIFFORD**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED TWENTY-SEVEN

(Distribution of Oxycodone)

On or about March 15, 2017, at approximately 8:30 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MICHAEL JAMES ANTHONY a/k/a "SPOOK",** did unlawfully, knowingly, intentionally, and without authority distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT ONE HUNDRED TWENTY-EIGHT

(Unlawful Use of Communication Facility)

On or about March 15, 2017, at approximately 7:48 p.m., in Monongalia County, in the Northern District of West Virginia, defendant **MARJORIE SUE WEBSTER**, did unlawfully, knowingly and intentionally use a communication facility, that is a telephone system in committing, causing and facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1) and 846, as alleged in Count One of this Indictment, that is the distribution and conspiracy to distribute Oxycodone, a Schedule II narcotic controlled substance, by using such telephone system to communicate with a person known to the Grand Jury; in violation of Title 21, United States Code, Sections 843(b) and 843(d)(1).

## COUNT ONE HUNDRED TWENTY-NINE

(Unlawful Possession of a Firearm)

On March 21, 2017, in Monongalia County, in the Northern District of West Virginia, defendant **CODEY BONNETTE**, who is an unlawful user of and addicted to a controlled substance, that is, Oxycodone, did knowingly possess in and affecting commerce a firearm, that is a Taurus, Model PT 111 Millennium G2, 9mm pistol, Serial Number TJZ86514; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853 and United States Code, Section 841(a)(1), the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense. The government will seek forfeiture, including, but not limited to,

    a.  A 2012 GMC Acadia, white, bearing WV Registration 9YG640, and vehicle identification number 1GKKVRED7CJ174709;

    b.  Taurus, model PT 111 Millennium G2, 9mm caliber pistol, serial number: TJZ86514, and

    c.  Smith and Wesson pistol, model M & P Shield 9, 9mm caliber, serial number HUB6753.

A true bill,

/s/_____
Grand Jury Foreperson


/s/_____
BETSY STEINFELD JIVIDEN
ACTING UNITED STATES ATTORNEY


ZELDA E. WESLEY
ASSISTANT UNITED STATES ATTORNEY